# EXHIBIT B

Copy of Hidalgo County District Clerk's File

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                    Location : All Courts  Images

## REGISTER OF ACTIONS
### CASE NO. C-3493-25-D

| | | | |
|---|---|---|---|
| **ALBERT BARRIOS VS. RAMMES ROPA USADA** | § § § § § | Case Type: | **Injury or Damage - Other (OCA)** |
| | | Date Filed: | **07/17/2025** |
| | | Location: | **206th District Court** |

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| **Defendant** | **RAMMES ROPA USADA** | | **RAFAEL GARCIA** |
| | | | *Retained* |
| | | | 956-630-3080(W) |
| | | | |
| | | | **RAFAEL GARCIA** |
| | | | *Retained* |
| | | | 956-630-3080(W) |
| | | | |
| **Plaintiff** | **BARRIOS, ALBERT** | | **TANIA YANET RAMIREZ** |
| | | | *Retained* |
| | | | 956-777-8785(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
| | | | |
|---|---|---|---|
| 07/17/2025 | Original Petition (OCA) | | |
| 07/18/2025 | Citation | | |
| | RAMMES ROPA USADA | Served | 07/30/2025 |
| | | Returned | 07/31/2025 |
| 07/18/2025 | Citation Issued | | |
| 08/22/2025 | Defendant's Original Answer | | |
| 08/22/2025 | Jury Demand | | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant** RAMMES ROPA USADA | | | |
| | Total Financial Assessment | | | 10.00 |
| | Total Payments and Credits | | | 10.00 |
| | **Balance Due as of 08/28/2025** | | | **0.00** |
| 08/25/2025 | Transaction Assessment | | | 10.00 |
| 08/25/2025 | EFile Payments from TexFile | Receipt # DC-2025-014556 | RAMMES ROPA USADA | (10.00) |
| | | | | |
| | **Plaintiff** BARRIOS, ALBERT | | | |
| | Total Financial Assessment | | | 358.00 |
| | Total Payments and Credits | | | 358.00 |
| | **Balance Due as of 08/28/2025** | | | **0.00** |
| 07/17/2025 | Transaction Assessment | | | 358.00 |
| 07/17/2025 | EFile Payments from TexFile | Receipt # DC-2025-012347 | BARRIOS, ALBERT | (221.00) |
| 07/17/2025 | State Credit | | | (137.00) |

Electronically Filed
7/17/2025 2:17 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-3493-25-D**

NO. _____

| | | |
|---|---|---|
| **ALBERTO BARRIOS** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **RAMMES ROPA USADA** | § | |
| **Defendant.** | § | **OF HIDALGO COUNTY, TEXAS** |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Alberto Barrios, hereinafter called Plaintiff, complaining of and about Rammes Ropa Usada, hereinafter called Defendant, and for cause of action would show unto the Court the following:

**DISCOVERY CONTROL PLAN LEVEL**

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

**PARTIES AND SERVICE**

2. Plaintiff, Alberto Barrios, is an Individual whose address is located in Reynosa, Tamaulipas, Mexico.

3. Alberto Barrios has not been issued a driver's license. Alberto Barrios has not been issued a social security number.

4. Defendant Rammes Ropa Usada, a Limited Liability Company based in Texas, may be served with process by serving the registered agent of said company, Martha Ramirez, at 1106 Union Ct., Mission, Texas 78572, its registered office. Service of said Defendant as described above can be effected by personal delivery.

**JURISDICTION AND VENUE**

5. The subject matter in controversy is within the jurisdictional limits of this court.

Electronically Filed
7/17/2025 2:17 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

6.  Plaintiff seeks monetary relief over $1,000,000, including damages of all kinds, penalties, costs, expenses, pre-judgment interest, and attorney fees, which was the amount last offered to Defendants to settle this claim.

7.  This court has jurisdiction over the parties because Defendant is a Texas resident.

8.  Venue in Hidalgo County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

9.  At all times material hereto, Defendant Rammes Ropa Usada was the owner of the premises located at 8109 S. 23rd St., McAllen, Texas 78503.

10. On or about July 21, 2023, Alberto Barrios was an Invitee on property controlled by the Defendant, and was injured.

11. On the day of the incident, as with any of his visits, Mr. Barrios was preparing to exit Rammes Ropa Usada when an employee named "Cesar," with whom he had interacted frequently, asked him to help close a heavy steel or iron gate.

12.  This request came after Mr. Barrios saw Cesar struggling to close the gate.

13. However, Mr. Barrios was unaware of the potential danger in assisting Cesar.

14. As he began to slide the gate closed, it malfunctioned and fell directly onto his leg, causing immediate and excruciating pain.

15. Employees of the facility, along with other customers, rushed to Mr. Barrios's aid.

16. One of the employees called the owners of Rammes Ropa Usada, and was instructed to contact an ambulance.

17. Mr. Barrios was then transported by ambulance to McAllen Medical Center, where he underwent surgery to repair the broken bones in his right leg.

18. He was hospitalized for three days as part of his recovery.

19. As a result of the acts or omission of Defendants, Mr. Barrios has had to undergo treatment for his injuries including:

    a. At least in $697.00 in costs associated with treatment from Dr. Abdo Gonzalez Silvera, MD;

    b. At least $8,140.00 in costs associated with treatment from Insight Diagnostics and Imaging Center;

    c. At least $7,190.00 in costs associated with treatment from Kay Medical Center;

    d. At least $15,725.00 in costs associated with treatment from Khit Chiropractic;

    e. At least $116,265.20 in costs associated with treatment from South Texas Health System.

20. Upon information and belief, Mr. Barrios will need treatment for the foreseeable future to address his ongoing concerns regarding injuries caused by Defendants' acts or omissions.

## LIABILITY OF DEFENDANT RAMMES ROPA USADA

21. At all times relevant, Defendant owned, operated, occupied, or otherwise controlled the premises located at 8109 S. 23rd St., McAllen, Texas 78503 (the "Premises"). Plaintiff was on the Premises as an invitee, and Defendant owed Plaintiff a duty to exercise reasonable care to inspect, maintain, and make safe the Premises, and to protect Plaintiff from unreasonably dangerous conditions that Defendant knew or, in the exercise of ordinary care, should have known existed.

22. On or about July 21, 2023, while lawfully on the Premises, Plaintiff was injured when a damaged and improperly secured gate collapsed and fell on Plaintiff. The gate constituted a dangerous condition that posed an unreasonable risk of harm to individuals on the Premises.

Electronically Filed
7/17/2025 2:17 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

23. Defendant knew or should have known of the dangerous condition presented by the gate and failed to adequately inspect, maintain, or repair it, and failed to warn Plaintiff of the hazard.

24. As a direct and proximate result of Defendant's breach of duty, Plaintiff suffered serious physical injuries and has incurred medical expenses, physical pain and suffering, mental anguish, and other damages for which Plaintiff seeks recovery.

25. Plaintiff alleges Defendants breached their duty as premises owners and operators to maintain the premises in a reasonably safe condition, warn of unreasonably dangerous conditions, and inspect the premises to discover such conditions. Defendants knew or should have known of the dangerous condition that caused Plaintiff's injuries and failed to correct it or warn him. *See CMH Homes, Inc. v. Daenen*, 15 S.W.3d 97, 101 (Tex. 2000).

## LIABILITY OF DEFENDANT RAMMES ROPA USADA UNDER GENERAL NEGLIGENCE THEORY

26. In addition to and separate from premises liability, Defendant was negligent in the ownership, operation, inspection, maintenance, and repair of the Premises, including the gate in question. Defendant had a duty to exercise ordinary care in maintaining the Premises in a reasonably safe condition, including the gate and surrounding area, and to prevent foreseeable harm to lawful visitors.

Defendant breached that duty by:

A.    Failing to repair or secure the damaged gate;

B.    Failing to inspect or discover the unsafe condition;

C.    Allowing the gate to deteriorate to the point of collapse;

D.    Failing to warn Plaintiff of the hazard.

17.    These acts and omissions, singularly or in combination, constituted negligence and

Electronically Filed
7/17/2025 2:17 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

were a proximate cause of the injuries sustained by Plaintiff.

27. As a result, Plaintiff seeks damages for bodily injury, mental anguish, medical care and expenses, lost wages, and other relief permitted by Texas law.

## LIABILITY OF DEFENDANT RAMMES ROPA USADA UNDER NEGLIGENT FAILURE TO WARN

28. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

29. At all relevant times, Defendant owed Plaintiff a duty to use ordinary care to warn of any unreasonably dangerous condition on the Premises that was known or reasonably discoverable and not open and obvious to Plaintiff. The damaged and unstable gate on the Premises constituted such a dangerous condition.

30. Defendant knew or, in the exercise of ordinary care, should have known of the gate's hazardous condition and the risk of collapse. Despite this, Defendant failed to post warnings, block access, or otherwise alert Plaintiff and other lawful visitors to the danger.

31. Plaintiff had no knowledge of the dangerous condition and could not have discovered it through the exercise of ordinary care.

32. Defendant's failure to warn was a proximate cause of the injuries suffered by Plaintiff, who now seeks damages as permitted by Texas law.

## LIABILITY OF DEFENDANT RAMMES ROPA USADA UNDER NEGLIGENCE PER SE

33. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

34. At the time of the incident, the condition of the gate on Defendant's Premises violated applicable municipal building codes and safety ordinances, including but not limited to standards for structural integrity, public safety, and maintenance of fixtures affixed to or adjacent to buildings. These codes and statutes were enacted to protect individuals such as Plaintiff from the type of harm suffered in this case.

35. Pursuant to the doctrine of negligence per se as recognized under Texas law, Defendant's violation of the aforementioned safety codes constitutes a breach of duty as a matter of law.

36. The violation of these regulations was a proximate cause of Plaintiff's injuries. Plaintiff pleads for recovery of all damages arising from Defendant's statutory violations.

## LIABILITY OF DEFENDANT RAMMES ROPA USADA UNDER RES IPSA LOQUITUR

37. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

38. The doctrine of res ipsa loquitur applies to this case under Texas law. The incident in question — a gate falling on Plaintiff — is of a type that does not ordinarily occur in the absence of negligence. Gates affixed to property do not collapse or fall absent negligent construction, installation, inspection, maintenance, or repair.

39. Further, the gate and the area in question were under the exclusive control of Defendant, and Plaintiff did not contribute to the occurrence in any manner.

40. Accordingly, the circumstances of the incident give rise to a reasonable inference of negligence on the part of Defendant, and Plaintiff invokes res ipsa loquitur to establish Defendant's liability for the injuries and damages sustained.

## PROXIMATE CAUSE

41. Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## EXEMPLARY DAMAGES

42. Defendant Rammes Ropa Usada's acts or omissions described above, when viewed from the standpoint of Defendant Rammes Ropa Usada at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others.  Defendant Rammes Ropa Usada had actual,

Electronically Filed
7/19/2025 2:17 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

43. Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant Rammes Ropa Usada.

## DAMAGES FOR PLAINTIFF, ALBERTO BARRIOS

44. As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendant's acts as described herein, Plaintiff, Alberto Barrios was caused to suffer grievous injuries, including broken bones on his right leg, also contusions, lacerations which have caused disfiguring scars, and permanent damage which has left Plaintiff permanently unable to walk as he use to before., and to endure anxiety, pain, and illness resulting in damages more fully set forth below.

45. Specifically, as a result of Defendants' negligence, Plaintiff sustained severe bodily injuries including spinal, lumbar, and knee trauma, necessitating extensive diagnostics, physical therapy, chiropractic care, and future medical treatment. Plaintiff suffers chronic pain, diminished mobility, emotional distress, lost earning capacity, and has incurred medical expenses totaling $148,017.20 to date, with anticipated future care costs well into the tens of thousands.

46. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Alberto Barrios has incurred the following damages:

    A.    Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Alberto Barrios for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Hidalgo County, Texas;

    B.    Reasonable and necessary medical care and expenses which will, in all

Electronically Filed
7/17/2025 2:17 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

reasonable probability, be incurred in the future;

    C.    Physical pain and suffering in the past;

    D.    Mental anguish in the past;

    E.    Physical pain and suffering in the future;

    F.    Mental anguish in the future;

    G.    Physical impairment in the past;

    H.    Physical impairment which, in all reasonable probability, will be suffered in the future;

    I.    Loss of earnings in the past;

    J.    Loss of earning capacity which will, in all probability, be incurred in the future;

    K.    Loss of Household Services in the past;

    L.    Loss of Household Services in the future;

    M.    Disfigurement in the past;

    N.    Disfigurement in the future;

    O.    Fear of future disease or condition; and

    P.    Cost of medical monitoring and prevention in the future.

47. By reason of the above, Plaintiff, Alberto Barrios has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

## JURY DEMAND

48. Plaintiff respectfully demands a trial by jury and states that the appropriate jury fee has been or will be paid in accordance with Rule 216 of the Texas Rules of Civil Procedure.

Electronically Filed
7/17/2025 2:17 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

## REQUEST FOR ISSUANCE OF CITATION

Plaintiff respectfully requests that the Clerk of the Court issue citation for service of process upon Defendant, Rammes Ropa Usada, by serving its registered agent, Martha Ramirez, at 1106 Union Ct., Mission, Texas 78572, by personal delivery.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Alberto Barrios, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By:  /s/ Tania Ramirez

Tania Ramirez
Texas Bar No. 24100525
Email:  info@taniaramirezlaw.com
2112 S. Shary Rd., Ste. 13
Mission, TX 78572
Tel. (956) 777-8785
Fax. (956) 424-6418

Attorney for Plaintiff Alberto Barrios

Electronically Filed
7/18/2025 11:35 AM
Hidalgo County District Clerks
Reviewed By: Casandra Reyes



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

Greetings:

Attached you will find the service requested.

May this serve to inform you that service has been issued.  Please proceed in attaching any file stamped documents and attachments that need to be served on your issued service.

Please note, the link you are about to open is a "live link" notification.  Please ensure you are printing the service, which includes our clerk's signature and the State Seal.  If you are opening a document without the official certification (signature and seal), please close the window until the document is processed accordingly. This may take a few minutes.

*When serving protective orders, please DO NOT serve the TCIC form to the respondent.

We appreciate the opportunity to assist you. Please contact our office if you have any questions or require additional information.

Sincerely,

*Laura Hinojosa*

Hidalgo County District Clerk

Post Office Box 87  Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

| Nilda Palacios | Ricardo Contreras | Adriana "Audry" Garcia | Sabrina S. Guerra | Stephanie Palacios | Priscilla Rivas |
| CHIEF DEPUTY | CHIEF OF ADMINISTRATION & PUBLIC INFORMATION | ASSISTANT CHIEF DEPUTY | SENIOR ACCOUNTANT | BUDGET AND PROCUREMENT OFFICER | DIVISION MANAGER |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 103310199
Filing Code Description: Service Issued
Filing Description:
Status as of 7/18/2025 11:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| TANIA RAMIREZ | | info@taniaramirezlaw.com | 7/18/2025 11:35:42 AM | SENT |

**C-3493-25-D**
**206TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**RAMMES ROPA USADA**
**REGISTERED AGENT: MARTHA RAMIREZ**
**1106 UNION CT.**
**MISSION, TEXAS 78572**
**ITS REGISTERED OFFICE**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Rose G. Reyna, 206th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 17th day of July, 2025 and a copy of same accompanies this citation. The file number and style of said suit being C-3493-25-D, **ALBERT BARRIOS VS. RAMMES ROPA USADA**

Said Petition was filed in said court by Attorney TANIA RAMIREZ, 2112 S SHARY RD STE 13  MISSION TX  78572.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 18th day of July, 2025.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_Casandra Reyes_
**CASANDRA REYES, DEPUTY CLERK**

**C-3493-25-D**
**OFFICER'S RETURN**

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and
executed in _____ County, Texas by delivering to each of the within named
Defendant in person, a true copy of this citation, upon which I endorsed the date of
delivery to said Defendant together with the accompanying copy of the
_____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the
diligence used in finding said defendant, being: _____ and the
cause of failure to execute this process is: _____ and the
information received as to the whereabouts of said defendant, being:
_____. I actually and necessarily traveled _____ miles in the
service of this citation, in addition to any other mileage I may have traveled in the service
of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**
**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,**
**CONSTABLE OR CLERK OF THE COURT**
In accordance to Rule 107, the officer or authorized person who serves or attempts to
serve a citation must sign the return. If the return is signed by a person other than a
sheriff, constable or the clerk of the court, the return must either be verified or be signed
under the penalty of perjury. A return signed under penalty of perjury must contain the
statement below in substantially the following form:

"My name is _____, my date of birth is
_____ and the address is _____,and I
declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____,
202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

Electronically Filed
8/22/2025 4:19 PM
Hidalgo County District Clerks
Reviewed By: Darlyn Sanchez

**CAUSE NO. <u>C-3493-25-D</u>**

| | | |
|---|---|---|
| **ALBERTO BARRIOS** | § | **IN THE DISTRICT COURT** |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | **206th JUDICIAL DISTRICT** |
| | § | |
| **RAMMES ROPA USADA,** | § | |
| *Defendants*. | § | **HIDALGO COUNTY, TEXAS** |

**DEFENDANT RAMME'S, INC. (INCORRECTLY SUED AS RAMMES ROPA USADA)'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **RAMME'S, INC. (INCORRECTLY SUED AS RAMMES ROPA USADA)**, Defendant in the above styled and numbered cause, and reserving the right to file other and further pleadings, exceptions, and denials, files this, its Original Answer to Plaintiff's Original Petition heretofore filed and would respectfully show the Court and Jury the following, to-wit:

**I.**

Subject to such stipulations and admissions as may hereinafter be made, Defendant **RAMME'S, INC. (INCORRECTLY SUED AS RAMMES ROPA USADA)** asserts a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and Defendant **RAMME'S, INC. (INCORRECTLY SUED AS RAMMES ROPA USADA)** respectfully requests that Plaintiff be required to prove the charges and allegations made against Defendant **RAMME'S, INC. (INCORRECTLY SUED AS RAMMES ROPA USADA)** by a preponderance of the evidence as is required by the Constitution and Laws of the State of Texas and Defendant **RAMME'S, INC. (INCORRECTLY SUED AS RAMMES ROPA USADA)** hereby demands a trial by jury.

Electronically Filed
8/22/2025 4:19 PM
Hidalgo County District Clerks
Reviewed By: Darlyn Sanchez

WHEREFORE, PREMISES CONSIDERED, Defendant **RAMME'S, INC. (INCORRECTLY SUED AS RAMMES ROPA USADA)**, prays that, upon a final hearing hereof, Plaintiff recovers nothing of and from Defendant **RAMME'S, INC. (INCORRECTLY SUED AS RAMMES ROPA USADA)** and that Defendant **RAMME'S, INC. (INCORRECTLY SUED AS RAMMES ROPA USADA)** receive all costs of Court and such other and further relief, both at law and in equity, to which it may show itself to be justly entitled.

Respectfully Submitted,

**THORNTON, BIECHLIN,**
**  REYNOLDS & GUERRA, L.C.**
418 E. Dove Avenue
McAllen, Texas 78504
Tel.: (956) 630-3080
Fax: (956) 630-0189

By:  /s/ *Rafael Garcia, Jr.*
**RAFAEL GARCIA, JR.**
State Bar No.07641300
E-mail: ragarcia@thorntonfirm.com
**ATTORNEY FOR DEFENDANT**
**RAMME'S, INC.**

Electronically Filed
8/22/2025 4:19 PM
Hidalgo County District Clerks
Reviewed By: Darlyn Sanchez

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served on all parties, via electronic mail pursuant to the Texas Rules of Civil Procedure, on this the 22 day of August 2025.

**<u>VIA E-SERVICE:</u>**
Ms. Tania Ramirez
**TANIA RAMIREZ LAW GROUP, PLLC**
2112 S. Shary Rd., Ste. 13
Mission, Texas 78572
Tel.: (956) 777-8785
Fax: (956) 424-6418
Email: info@taniaramirezlaw.com
**ATTORNEY FOR PLAINTIFF**

/s/ *Rafael García, Jr.*
**RAFAEL GARCIA, JR.**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Benjamin Cardenas on behalf of Rafael Garcia
Bar No. 07641300
bcardenas@thorntonfirm.com
Envelope ID: 104752762
Filing Code Description: Answer/Response
Filing Description:
Status as of 8/25/2025 8:33 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| TANIA RAMIREZ | | info@taniaramirezlaw.com | 8/22/2025 4:19:31 PM | SENT |
| Belinda Galvan | | bgalvan@thorntonfirm.com | 8/22/2025 4:19:31 PM | SENT |
| Rafael Garcia, Jr. | | ragarcia@thorntonfirm.com | 8/22/2025 4:19:31 PM | SENT |
| Benjamin Cardenas | | bcardenas@thorntonfirm.com | 8/22/2025 4:19:31 PM | SENT |

Electronically Filed
8/22/2025 4:20 PM
Hidalgo County District Clerks
Reviewed By: Darlyn Sanchez

## CAUSE NO. <u>C-3493-25-D</u>

| | | |
|---|---|---|
| **ALBERTO BARRIOS** | § | **IN THE DISTRICT COURT** |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | **206th JUDICIAL DISTRICT** |
| | § | |
| **RAMMES ROPA USADA,** | § | |
| *Defendants*. | § | **HIDALGO COUNTY, TEXAS** |

---

### DEFENDANT'S JURY DEMAND

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendant **RAMME'S, INC.**

**(INCORRECTLY SUED AS RAMMES ROPA USADA)** has deposited with the District Clerk

of Hidalgo County, the jury fee of Ten Dollars and No/100 ($10.00) and does make its application

and demand for jury trial of the above styled and numbered clause.

Respectfully Submitted,

**THORNTON, BIECHLIN,**
   **REYNOLDS & GUERRA, L.C.**
418 E. Dove Avenue
McAllen, Texas 78504
Tel.: (956) 630-3080
Fax: (956) 630-0189

By:  /s/ *Rafael Garcia, Jr.*
**RAFAEL GARCIA, JR.**
State Bar No.07641300
E-mail: ragarcia@thorntonfirm.com
**ATTORNEY FOR DEFENDANT**
**RAMME'S, INC.**

Electronically Filed
8/22/2025 4:20 PM
Hidalgo County District Clerks
Reviewed By: Darlyn Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all parties, via electronic mail pursuant to the Texas Rules of Civil Procedure, on this the 22 day of August 2025.

**VIA E-SERVICE:**
Ms. Tania Ramirez
**TANIA RAMIREZ LAW GROUP, PLLC**
2112 S. Shary Rd., Ste. 13
Mission, Texas 78572
Tel.: (956) 777-8785
Fax: (956) 424-6418
Email: info@taniaramirezlaw.com
**ATTORNEY FOR PLAINTIFF**

/s/ *Rafael Garcia, Jr.*
**RAFAEL GARCIA, JR.**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Benjamin Cardenas on behalf of Rafael Garcia
Bar No. 07641300
bcardenas@thorntonfirm.com
Envelope ID: 104752858
Filing Code Description: JURY DEMAND
Filing Description:
Status as of 8/25/2025 8:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Benjamin Cardenas | | bcardenas@thorntonfirm.com | 8/22/2025 4:20:25 PM | SENT |
| TANIA RAMIREZ | | info@taniaramirezlaw.com | 8/22/2025 4:20:25 PM | SENT |
| Rafael Garcia, Jr. | | ragarcia@thorntonfirm.com | 8/22/2025 4:20:25 PM | SENT |
| Belinda Galvan | | bgalvan@thorntonfirm.com | 8/22/2025 4:20:25 PM | SENT |